```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 13886
    PATRICIA M ASHLEY SIMMONS
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-3136

-------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 04/12/2005 and was confirmed 07/25/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  15.26%.

     The case was paid in full 06/18/2008.
-------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                           PAID          PAID
-------------------------------------------------------------------------------
LUTHER FURNITURE & APPLI  SECURED          1100.00         93.74        1100.00
LUTHER FURNITURE & APPLI  UNSECURED        3290.04           .00         502.03
TRIAD FINANCIAL           SECURED         11400.00       1325.33       11400.00
FIFTH THIRD BANK          UNSECURED      NOT FILED           .00            .00
AAA CHECKMATE             UNSECURED OTH    567.08            .00          86.64
ALLIED INTERSTATE         NOTICE ONLY    NOT FILED           .00            .00
AMERICASH LOANS L L C     UNSECURED      NOT FILED           .00            .00
ATLANTIC CREDIT & FINANC  NOTICE ONLY    NOT FILED           .00            .00
BLACK EXPRESSIONS         UNSECURED      NOT FILED           .00            .00
BROTHER LOAN & FINANCE    UNSECURED         836.91           .00         127.70
CAINE & WEINER            UNSECURED      NOT FILED           .00            .00
CAPITAL ONE               UNSECURED         796.70           .00         121.57
CHILDRENS BOMC            UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO PARKING   UNSECURED      NOT FILED           .00            .00
CITY OF CHICAGO REVENUE   UNSECURED      NOT FILED           .00            .00
CCA                       NOTICE ONLY    NOT FILED           .00            .00
COMPUTER CREDIT           NOTICE ONLY    NOT FILED           .00            .00
GC SERVICES               NOTICE ONLY    NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED        1873.67           .00         285.90
ICE MOUNTAIN              UNSECURED      NOT FILED           .00            .00
ILLINOIS TITLE LOAN       UNSECURED      NOT FILED           .00            .00
INSTA CASH                UNSECURED      NOT FILED           .00            .00
ISAC                      UNSECURED       19069.10           .00        2909.75
MCI                       UNSECURED      NOT FILED           .00            .00
MEDICAL RECOVERY SPECIAL  NOTICE ONLY    NOT FILED           .00            .00
NATIONAL REVENUE CORP     NOTICE ONLY    NOT FILED           .00            .00
NATIONWIDE CREDIT & COLL  NOTICE ONLY    NOT FILED           .00            .00
PUBLISHERS CLEARING HOUS  NOTICE ONLY    NOT FILED           .00            .00
PEOPLES GAS LIGHT & COKE  UNSECURED            .00           .00            .00
PHYSICIANS BILLING SRV    UNSECURED      NOT FILED           .00            .00
RUSH PRESS EMERGENCY      UNSECURED      NOT FILED           .00            .00
RUSH PRESBYTERIAN HOSPIT  UNSECURED      NOT FILED           .00            .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 13886 PATRICIA M ASHLEY SIMMONS
```

```
RUSH UNIVERSITY MEDICAL     UNSECURED       NOT FILED              .00              .00
SALLIE MAE SERVICING        UNSECURED       NOT FILED              .00              .00
AT & T BANKRUPCTY           UNSECURED       NOT FILED              .00              .00
SETON MEDICAL CENTER        UNSECURED       NOT FILED              .00              .00
SIR FINANCE                 UNSECURED         1074.00              .00           163.88
US SPRINT                   UNSECURED       NOT FILED              .00              .00
UNIVERSITY OF ILLINOIS M    UNSECURED       NOT FILED              .00              .00
UIC PHYSICIANS GROUP        UNSECURED       NOT FILED              .00              .00
UNIVERSITY OF IL HOSPITA    UNSECURED       NOT FILED              .00              .00
TRIAD FINANCIAL             UNSECURED         4387.34              .00           669.46
LEEDERS & ASSOCIATES LTD    DEBTOR ATTY      2,150.00                          2,150.00
TOM VAUGHN                  TRUSTEE                                            1,276.00
DEBTOR REFUND               REFUND                                               303.00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                22,515.00

PRIORITY                                              .00
SECURED                                         12,500.00
    INTEREST                                     1,419.07
UNSECURED                                        4,866.93
ADMINISTRATIVE                                   2,150.00
TRUSTEE COMPENSATION                             1,276.00
DEBTOR REFUND                                      303.00
                       ---------------        ---------------
TOTALS                 22,515.00                22,515.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
    Dated: 09/25/08           _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE



                    PAGE   2
         CASE NO. 05 B 13886 PATRICIA M ASHLEY SIMMONS